# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                      **September Term, 2023**

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

Filed On: May 28, 2024 [2056607]

United States of America,

     Appellee

    v.

Kenneth Harrelson,

     Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098, 23-3111, 23-3112, 23-3113, 23-3114

### O R D E R

Upon consideration of the motion to extend time to file proposed briefing format, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The parties are directed to file a joint proposed briefing format within 14 days of the Supreme Court's decision in No. 23-5572, <u>Fischer v. United States</u> (argued Apr. 16, 2024).

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                              BY:    /s/
                                    Catherine J. Lavender
                                    Deputy Clerk