No. 23-3089 September Term, 2024

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

Filed On: January 6, 2025 [2092723]

United States of America,

    Appellee

    v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098, 23-3111, 23-3112, 23-3113, 23-3114

**O R D E R**

    Upon consideration of appellants' amended unopposed motion for extension of time to file opening brief and appendix, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Defendants' Joint Opening Brief | March 11, 2025 |
| Appendix | March 11, 2025 |
| United States' Opening and Response Brief | September 11, 2025 |
| Defendants' Joint Reply & Response Brief | December 11, 2025 |
| United States' Reply Brief | February 11, 2026 |

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:    /s/
    Catherine J. Lavender
    Deputy Clerk