UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3089 et al.

———————————

UNITED STATES OF AMERICA,            Appellee,

v.

KENNETH HARRLESON, ET AL.,            Appellants.

**MOTION TO DISMISS GOVERNMENT CROSS-APPEALS**

Pursuant to Federal Rule of Appellate Procedure 42, the United States moves to dismiss the government's cross-appeals in these consolidated cases. The relevant case names and numbers are:

- *United States v. Rhodes*, No. 23-3111
- *United State v. Meggs*, No. 23-3112
- *United States v. Harrleson*, No. 23-3113
- *United States v. Watkins*, No. 23-3114

Respectfully submitted,

Edward R. Martin, Jr.
United States Attorney

Chrisellen R. Kolb
Assistant United States Attorney

_____/s/_____
Daniel J. Lenerz, DC Bar 888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6829

## Certificate of Service

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellants, on this 23rd day of January, 2025.

                                               /s/
                                  DANIEL J. LENERZ
                                  Assistant United States Attorney

## Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 59 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

                                               /s/
                                  DANIEL J. LENERZ
                                  Assistant United States Attorney