# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-3089** | **September Term, 2024** |
| | 1:22-cr-00015-APM-1 |
| | 1:22-cr-00015-APM-2 |
| | 1:22-cr-00015-APM-3 |
| | 1:22-cr-00015-APM-4 |
| | **Filed On:** January 28, 2025 |

United States of America,

      Appellee

  v.

Kenneth Harrelson,

      Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098, 23-3111, 23-3112, 23-3113, 23-3114

## **O R D E R**

    Upon consideration of the government's motion to voluntarily dismiss its cross-appeals, it is

    **ORDERED** that the motion be granted and Nos. 23-3111, 23-3112, 23-3113, and 23-3114 be dismissed. It is

    **FURTHER ORDERED** that the consolidation of Nos. 23-3111, 23-3112, 23-3113, and 23-3114 with No. 23-3089, et al., be terminated. It is

    **FURTHER ORDERED**, on the court's own motion, that the following revised briefing format will now apply in these consolidated cases:

| | |
|---|---|
| Defendants' Joint Opening Brief (not to exceed 30,000 words) | March 11, 2025 |
| Appendix | March 11, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3089**                                                        **September Term, 2024**

| | |
|---|---|
| United States' Brief<br>(not to exceed 30,000 words) | September 11, 2025 |
| Defendants' Joint Reply Brief<br>(not to exceed 15,000 words) | December 11, 2025 |

    The Clerk is directed to issue the mandate forthwith in Nos. 23-3111, 23-3112, 23-3113, and 23-3114.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                            BY:    /s/
                                     Emily Campbell
                                     Deputy Clerk