# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3111**                                              **September Term, 2024**

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

**Filed On: January 28, 2025** [2097034]

United States of America,

        Appellant

   v.

Elmer Stewart Rhodes, III,

        Appellee

------------------------------

Consolidated with 23-3112, 23-3113, 23-3114

## **M A N D A T E**

    In accordance with the order of January 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                                **FOR THE COURT:**
                                                                Clifton B. Cislak, Clerk

                                          BY:    /s/
                                                                Emily K. Campbell
                                                                 Deputy Clerk

Link to the order filed January 28, 2025